UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RENDER, ) | CASE NO. 5:11CV2185 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | REMAND ORDER |
| MICHAEL J. ASTRUE, ) | [RESOLVING DOC. 14] |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

An Administrative Law Judge ("ALJ") denied Joseph Render's application for supplemental security income (SSI) and disability insurance benefits (DIB) in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Kathleen B. Burke for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

This action is before the Court upon the Joint Stipulation for Remand to the Commissioner ECF No. 14 filed on May 16, 2012. The parties stipulate that the Court reverse the decision of the Commissioner, enter judgment in favor of the plaintiff, and remand the matter to the Commissioner for further proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). For good cause shown, the stipulation of the parties is accepted by the Court.

The decision of the Commissioner is reversed and judgment is hereby entered for the plaintiff. The case is REMANDED to the Commissioner of Social Security for further proceedings and a new decision. After conducting any other record development the ALJ deems appropriate, the ALJ shall issue a new decision.

IT IS SO ORDERED.

| | |
|---|---|
| May 17, 2012 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | U.S. District Judge |